IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>FRANCISCO SALDANA,<br><br>              Defendant. | 8:17CR310<br><br>STATEMENT OF PLAINTIFF PURSUANT TO NECrimR. 32.1(b) REGARDING SENTENCING PROCEDURES AND ADOPTION OF THE REVISED PRESENTENCE INVESTIGATION REPORT |

COMES NOW Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides this written statement in accordance with NECrimR. 32.1(b), regarding Sentencing Procedures.

Plaintiff hereby adopts the Revised Presentence Investigation Report. Plaintiff anticipates offering no additional evidence at sentencing, other than to rebut or address issues raised by Defendant.

                              Respectfully Submitted,

                              UNITED STATES OF AMERICA,

                              JOSEPH P. KELLY
                              United States Attorney
                              District of Nebraska

                By:    *s/ Donald J. Kleine*
                         DONALD J. KLEINE, #22669
                         Assistant U.S. Attorney
                         1620 Dodge Street, Suite 1400
                         Omaha, NE  68102-1506
                         Tel:  (402) 661-3700
                         Fax:  (402) 661-3084
                         E-mail: donald.kleine@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on March 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: **Julie B. Hansen**, Assistant Federal Public Defender, and also hereby certify that a copy of the same has been served by regular mail, postage prepaid, to the following non-CM/ECF participants: Julie S-Voss, U.S. Probation

                                          *s/ Donald J. Kleine*
                                          Assistant U.S. Attorney